IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JUDITH L. W., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 3:19-cv-02806-E-BT |
| § | |
| ANDREW SAUL, § | |
| Commissioner of the § | |
| Social Security Administration, § | |
| § | |
| Defendant. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated December 1, 2020. The Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objections were made. The objections are overruled.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED,** this 17th day of December, 2020.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE